UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KELLY LERAY BARNES                           CIVIL ACTION

VERSUS                                       NO: 09-3352

SHERIFF ROBERT CROWE, ET AL.                 SECTION: R

**ORDER AND REASONS**

The Court, finding that as of this date neither party has filed any objections to the Magistrate Judge's Report and Recommendations, hereby approves the Report and adopts it as its opinion.

Accordingly,

Plaintiff's claim related to the March 2009 escape allegations is DISMISSED WITH PREJUDICE for the reasons stated in the Report.

New Orleans, Louisiana, this __23rd__ day of October, 2009.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE